**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GAYFLOR NAWUOH, et al.,          :
                                 :
           Plaintiffs,           :    CIVIL ACTION
                                 :
   v.                            :    NO. 09-CV-5817
                                 :
VENICE ASHBY CMTY. CTR.,         :
et al.,                          :
                                 :
           Defendants.           :

<u>**ORDER**</u>

AND NOW, this   19th   day of July, 2011, upon consideration
of the Motion for Summary Judgment of Defendants Bucks County
Housing Authority and Venice Ashby Community Center (Doc. No. 20)
and Plaintiffs' response in opposition thereto (Doc. No. 24), and
for the reasons set forth in the accompanying Memorandum, it is
hereby ORDERED that the Motion is GRANTED and that judgment is
entered in favor of Defendants Bucks County Housing Authority and
Venice Ashby Community Center and against Plaintiffs on Counts I
and II of the Amended Complaint.

It is FURTHER ORDERED that Counts III and IV of the Amended
Complaint against Defendants Bucks County Housing Authority and
Venice Ashby Community Center are DISMISSED without prejudice to
Plaintiffs' refiling them in state court.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.